UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

Kelley Finnigan
(Petitioner's Name)

31 Rt 4A
(Address)
Wilmot, NH 03287

603 315 4237
(Telephone Number)

Case No. 1:07-CR-00130-SM-1
(If known)

**GRAND JURY TARGET / WITNESS – TRIAL WITNESS
REQUEST FOR APPOINTMENT OF COUNSEL**

I, Kelley Finnigan, respectfully request appointment of counsel to represent me as a:

| ☐ Grand jury target | ☐ Trial witness |
|---|---|
| ☐ Grand jury witness | |

☒ Other: Preliminary Hearing, Detention Hearing, Revocation Hear'g

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/26/21

Kelley Finnigan by Attorney Donald A. Kennedy, authorized by witness
Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:**

In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

**RULING BY JUDICIAL OFFICER**

☐ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: _____

_____
U.S. Magistrate Judge

USDCNH-17B (Rev. 4/2018) (Previous Editions Obsolete)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF: USA v. Corey Donovan

FOR: 
AT: 
LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Kelley Finnigan

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other (Specify): Witness

DOCKET NUMBER
Magistrate Judge:
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box →): N/A witness ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? ☐ Yes ☒ No
- IF YES, how much do you earn per month? _____
- Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ -0- | |
| Car/Truck/Vehicle | $ -0- | |
| Boat | $ -0- | |
| Stocks/bonds | $ -0- | |
| Other property | $ -0- | Clothing / Pets/animals |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $ 40.00

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 1 (myself)

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ -0- | $ |
| Groceries | $ getting Food Stamp Card | $ |
| Medical expenses | $ outstanding bills | $ 400 |
| Utilities | $ -0- | $ |
| Credit cards | $ -0- | $ |
| Car/Truck/Vehicle | $ -0- | $ |
| Childcare | $ -0- | $ |
| Child support | $ -0- | $ |
| Insurance | $ through parents | $ |
| Loans | $ -0- | $ |
| Fines | $ -0- | $ |
| Other | $ -0- | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Signature: Kelley Finnigan by Attorney Donald Kennedy authorized by the witness

Date: 4/26/21

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)